SARAH PAGET ET AL. *v.* ZONING BOARD OF APPEALS OF
THE CITY OF BRIDGEPORT ET AL.

KING, C. J., MURPHY, ALCORN, SHANNON and HOUSE, Js.

Submitted on briefs November 9, 1965—decided January 6, 1966

*Albert L. Coles* and *Daniel D. McDonald,* on the brief for the appellants (plaintiffs).

*Milton H. Belinkie* and *Alfred R. Belinkie,* on the brief for the appellees (defendants Belinkie); with them also on the brief was *John J. McGuinness,* for the appellee (named defendant).

PER CURIAM. The appeal in this case involves the same premises as those in *Goldberger* v. *Zoning Board of Appeals,* 153 Conn. 312, 216 A.2d 424. The parties submitted this matter on briefs and stipulated that the decision in the *Goldberger* case would be controlling in this one.

There is error, the judgment is set aside and the case is remanded with direction to sustain the appeal.